IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARLIN ANDRE JAMES, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-1661-O-BF |
| | § | |
| MICHELLE PRATT, ET AL., | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge filed on November 8, 2010 in accordance with 28 U.S.C. § 636(b)(1). *See* ECF No. 8. No objections have been filed. After reviewing all relevant matters of record in this case, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SO ORDERED** on this **7th** day of **December, 2010.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**